# UNRUH TURNER
# BURKE & FREES

ATTORNEYS AT LAW

A PROFESSIONAL CORPORATION

West Chester • Phoenixville • Malvern

NANCY J. GLIDDEN
Nglidden@utbf.com

February 5, 2009

**Via Facsimile Only**

The Honorable Jan E. DuBois
United States District Court for
The Eastern District of Pennsylvania

    RE:   <u>McKee v. DeJuliis, et al. Civil Action No. 2:08-cv-00740</u>

Dear Judge DuBois:

    I am writing to advise on the status of the above matter. I also spoke with your Deputy Clerk, Andrew Follmer, late Tuesday afternoon to provide an update. The only issue pending before the Court is the Plaintiffs' counsel fees.

    The parties have reached an agreement on counsel fees.

    The fees are to be paid by March 13, 2009. I respectfully request that the Court retain jurisdiction over this matter through March 13, 2009.

    I very much appreciate the patience the Court has extended throughout these proceedings. I am pleased that the parties were able to resolve this final issue of fees without the need for additional pleadings and a hearing.

Sincerely,

Nancy J. Glidden

Cc:   Charles V. Curley, Esquire
       George C. Zumbano, Esquire
       Samuel W. Morris, Esquire